**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Thereza Alexander,

Plaintiff,

vs.

Ron Saxon Ford, Inc. and
Michael W. Saxon,

Defendants.

Court File No. 0:01 CV-982 ADM/AJB

**STIPULATION TO AMEND SCHEDULING ORDER** AND ORDER

---

Counsel for the above-named parties hereby stipulate as follows:

1. The current scheduling order requires Plaintiff to disclose the identity of expert witnesses and substance of opinion by March 1, 2002 and Defendant to make the same disclosures by April 1, 2002.

2. Counsel for Plaintiff underwent major abdominal surgery on November 15, 2002 and was out of work for more than a month. Upon his return he was in a trial in Hennepin County that lasted for 3 weeks. As a result his ability to arrange for examination of Plaintiff was delayed.

3. Plaintiff is currently seeing a psychologist, but her treatment has been delayed by insurance problems.

4. Plaintiff's psychologist cannot conclude a diagnosis and report until April 1, 2002.

5. Defendant is entitled to 30 days to respond to the report.

6. The parties hereby stipulate that Plaintiff shall make the required expert

FILED MAR 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

disclosures on or before April 1, 2002 and Defendant shall make the required disclosures on or before May 1, 2002.

Dated: 2-27-02

Michael B. Chase, #134120
2102 Firstar Center
101 East Fifth Street
St. Paul, MN 55101
(651) 225-8666
Attorney for Plaintiff

Dated: 2/27/02

James E. LaFave, #151701
255 University Avenue
St. Paul, MN 55103
(651) 312-1866
Attorney for Defendant

IT IS SO ORDERED

Dated: ______________

Magistrate Judge Arthur J. Boylan
U.S. District Court

disclosures on or before April 1, 2002 and Defendant shall make the required disclosures on or before May 1, 2002.

Dated: 1-22-02

Michael B. Chase, #134120
2102 Firstar Center
101 East Fifth Street
St. Paul, MN 55101
(651) 225-8656
Attorney for Plaintiff

Dated: ______________________

James E. LaFave, #151701
255 University Avenue
St. Paul, MN 55103
(651) 312-1866
Attorney for Defendant

IT IS SO ORDERED

Dated: 3/12/02

Magistrate Judge Arthur J. Boylan
U.S. District Court