**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Thereza Alexander,

Plaintiff,

vs.

Ron Saxon Ford, Inc. and
Michael W. Saxon,

Defendants.

Court File No. 0:01-CV-982 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel herein, that this action, having been fully compromised and settled, may be, and hereby is, dismissed on its merits and with prejudice and without an award of costs, disbursements or attorneys' fees to any of the parties.

It is further stipulated that without further notice, a judgement of dismissal with prejudice upon the merits, and without costs, disbursements or attorneys' fees to any of the parties may be entered herein.

Dated: 8-7-02

Michael B. Chase, #134120
2102 Firstar Center
101 East Fifth Street
St. Paul, MN 55101
(651) 225-8656
Attorney for Plaintiff

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: August 8, 2002

James E. LaFave, #151701
Attorney at Law
255 University Avenue
St. Paul, Minnesota 55103
(651) 312-1866
Attorney for Defendants

**ORDER**

Based upon the foregoing Stipulation, and all of the files and records herein, IT IS HEREBY ORDERED that the above-entitled action is dismissed in its entirely with prejudice and without costs, disbursements or attorneys' fees to any party.

BY THE COURT

The Honorable Ann D. Montgomery
Judge, United States District Court

Dated: August 13, 2002